PHILIP J. COLBERT, as Administrator, etc., of JOHN COLBERT, Deceased, Appellant, v. OTTO STEINFELDT and Another, Defendants, and MARINE BASIN COMPANY, Respondent.— Order dismissing, as to defendant Marine Basin Company, the first and third causes of action alleged in the second amended complaint, and the judgment entered on the order, reversed on the law, with ten dollars costs and disbursements, and motion to dismiss denied, without costs, with leave to the said defendant to serve an answer within ten days from the entry of the order hereon.

(*Elliott* v. *Steinfeldt*, 254 App. Div. 739.)    Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.